

### October 31, 2013

| CAAP–12–00 00675 | State v. Aholelei | Affirmed |
|---|---|---|
| CAAP–10–00 00139 | State v. Nutt | Affirmed |

### November 8, 2013

| CAAP–11–00 00298 | State v. Laboy | Affirmed |

### November 12, 2013

| CAAP–12–00 00067 | State v. Pieper | Affirmed |